**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-7220**

───────────

JEFF FARMER,

                Plaintiff - Appellant,

     v.

MHM MARYLAND, INC.; DR. VINCENT SIRACUSANO; DR. HOWARD PENN,

                Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:14-cv-03080-PWG)

───────────

Submitted: February 25, 2016     Decided: February 29, 2015

───────────

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jeff Farmer, Appellant Pro Se. Ronald McGlenn Cherry, BONNER KIERNAN TREBACH & CROCIATA LLP, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeff Farmer appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Farmer's motions to reexamine filing in forma pauperis, for appointment of counsel, for injunctive relief, and to amend the complaint, and affirm for the reasons stated by the district court. Farmer v. MHM Md., Inc., No. 8:14-cv-03080-PWG (D. Md. July 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED